**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Wilbur BUTLER, Defendant–Appellant.**

No. 12–7095.

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 2, 2012.

Decided: Nov. 6, 2012.

Wilbur Butler, Appellant Pro Se.   Jennifer P. May–Parker, Rudolf A. Renfer, Jr.,

**798**

Assistant United States Attorneys, Raleigh, North Carolina, for Appellee.

Before WILKINSON, KEENAN, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wilbur Butler appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Butler*, No. 7:02–cr–00093–F–1 (E.D.N.C. June 13, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*